IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lewis, Beverly A

Printed: 11/18/08

Case Number: 08 B 15951
Judge: Hollis, Pamela S
Filed: 6/20/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: October 6, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Bennie W Fernandez | Administrative | 2,373.00 | 0.00 |
| 2. | American General Finance | Secured | 706.04 | 0.00 |
| 3. | Americredit Financial Ser Inc | Secured | 18,895.36 | 0.00 |
| 4. | Marquette Consumer Finance | Secured | 20,389.01 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 25.00 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 248.29 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 5,641.47 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 1,186.46 | 0.00 |
| 9. | B-Line LLC | Unsecured | 3,267.78 | 0.00 |
| 10. | American General Finance | Unsecured |  | No Claim Filed |
| 11. | J J Mac Intyre Co Inc | Unsecured |  | No Claim Filed |
| 12. | Certified Services | Unsecured |  | No Claim Filed |
| 13. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 14. | MRSI | Unsecured |  | No Claim Filed |
|  |  |  | $ 52,732.41 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---:|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Lewis, Beverly A | Case Number:  08 B 15951 |
| | Judge:  Hollis, Pamela S |
| Printed: 11/18/08 | Filed:  6/20/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

